NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RONALD SMITH,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2011-3184

---

Petition for review of the Merit Systems Protection Board in case no. SF0752110001-I-1.

---

## ON MOTION

---

## ORDER

Ronald Smith moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

_JUL 2 1 2011_
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Ronald Smith
Jeanne E. Davidson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 2 1 2011

JAN HORBALY
CLERK